IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS NOEL GARFIO, and<br>JENNA LYNN MARTINEZ,<br><br>Defendants. | 8:19-CR-296<br><br>FINAL ORDER<br>OF FORFEITURE |

This matter is before the Court on the Government's Motion for Final Order of Forfeiture. Filing 49. The Court has reviewed the record in this case and finds as follows:

1. On February 7, 2020, the Court entered a Preliminary Order of Forfeiture (Filing No. 37) pursuant to 21 U.S.C. §§ 841(a)(1), (b)(1) and 853. On January 9, 2020 defendant, Jesus Noel Garfio, pleaded guilty to Count I of the Indictment and admitted to the Forfeiture Allegation. Filing 32. On March 12, 2020, defendant Jenna Lynn Martinez, plead guilty to Count I of an Indictment and admitted to the Forfeiture Allegation of an Indictment. Filing 41. In both cases, defendants agreed to the forfeiture of the $16,747 in U.S. currency. Filing 32. Filing 41.

2. The United States posted a Notice of Criminal Forfeiture on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on February 8, 2020, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. Filing 48. The United States filed a Declaration of Publication on April 8, 2020. Filing 48.

    3.       The Government has advised the Court that no Petitions have been filed. Filing 48.

A review of the record supports that assertion.

IT IS ORDERED:

    1.       The Motion for Final Order of Forfeiture (Filing 49) is granted;

    2.       All right, title and interest in and to the $16,747 U.S. currency held by any person or entity are forever barred and foreclosed;

    3.       The $16,747.00 U.S. currency is forfeited to the United States; and

    4.       The United States is directed to dispose of that currency in accordance with law.

Dated this 14th day of April, 2020.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge